A CERTIFIED TRUE COPY

NOV 27 2006

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA  NOV - 7 2006

2006 NOV 28 AM 11:02    FILED
                        CLERK'S OFFICE

DOCKET NO. 1657

LORETTA G. WHYTE
    CLERK

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-72)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,678 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 13 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee ____
___ Process ____
 X  Dktd ____
___ CtRmDep ____
___ Doc. No. ____

## SCHEDULE CTO-72 - TAG-ALONG ACTIONS
### DOCKET NO. 1657
### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN 2 06-2060 | Arnold Ragland v. Merck & Co., Inc. | | 06-10586 |
| **CALIFORNIA CENTRAL** | | | |
| CAC 2 06-6648 | Harry Deffenbaugh, et al. v. Merck & Co., Inc., et al. | | 06-10587 |
| **CALIFORNIA EASTERN** | | | |
| ~~CAE 2 06-2215~~ | ~~Emma Miguel v. Merck & Co., Inc., et al.~~ | Opposed 11/21/06 | |
| CAE 2 06-2275 | Sandra Martin v. Merck & Co., Inc. | | 06-10588 |
| CAE 2 06-2281 | Maria Martinez v. Merck & Co., Inc., et al. | | 06-10589 |
| **CALIFORNIA NORTHERN** | | | |
| CAN 3 06-6183 | Audrey C. Fletcher, et al. v. Merck & Co., Inc. | | 06-10590 |
| CAN 4 06-6471 | Ramesses Sadat, et al. v. Merck & Co., Inc. | | 06-10591 |
| CAN 4 06-6492 | Patrick O'Donnell, et al. v. Merck & Co., Inc. | | 06-10592 |
| **CALIFORNIA SOUTHERN** | | | |
| ~~CAS 3 06-2038~~ | ~~David J. Hernandez v. Merck & Co., Inc., et al.~~ | Opposed 11/21/06 | |
| ~~CAS 3 06-2259~~ | ~~Michelle McMahon v. Merck & Co., Inc., et al.~~ | Opposed 11/20/06 | |
| ~~CAS 3 06-2260~~ | ~~Darren McMahon v. Merck & Co., Inc., et al.~~ | Opposed 11/20/06 | |
| **FLORIDA MIDDLE** | | | |
| FLM 2 06-551 | Joyce Ross v. Merck & Co., Inc. | | 06-10593 |
| FLM 3 06-879 | Evelyn L. Jacobs, etc. v. Merck & Co., Inc. | | 06-10594 |
| FLM 5 06-376 | Donald Humphrey v. Merck & Co., Inc., et al. | | 06-10595 |
| FLM 8 06-1900 | Linda Hayes, et al. v. Merck & Co., Inc., et al. | | 06-10596 |
| FLM 8 06-1901 | Charmaine Haylock v. Merck & Co., Inc., et al. | | 06-10597 |
| FLM 8 06-1947 | David Kirk, et al. v. Merck & Co., Inc., et al. | | 06-10598 |
| **FLORIDA SOUTHERN** | | | |
| FLS 1 06-22290 | Edward Bronson, et al. v. Merck & Co., Inc. | | 06-10599 |
| FLS 9 06-80976 | Charles Miceli, et al. v. Merck & Co., Inc., et al. | | 06-10600 |
| **IOWA NORTHERN** | | | |
| IAN 3 06-3063 | Barbara Furman, et al. v. Merck & Co., Inc. | | 06-10601 |
| IAN 5 06-4084 | Bruce Nehring, et. al. v. Merck & Co., Inc. | | 06-10602 |
| IAN 5 06-4086 | Gary Junge, et al. v. Merck & Co., Inc. | | 06-10603 |
| IAN 5 06-4088 | Ronald Dean Jenkins, et al. v. Merck & Co., Inc. | | 06-10604 |
| IAN 5 06-4093 | Alan Gernhart, etc. Merck & Co., Inc. | | 06-10605 |
| **IOWA SOUTHERN** | | | |
| IAS 4 06-512 | William L. Losee, et al. v. Merck & Co., Inc. | | 06-10606 |
| IAS 4 06-513 | Norman L. Parker, et al. v. Merck & Co., Inc. | | 06-10607 |
| IAS 4 06-515 | Lavere Smith, etc. v. Merck & Co., Inc. | | 06-10608 |
| **IDAHO** | | | |
| ID 2 06-414 | Janice Chapin v. Merck & Co., Inc. | | 06-10609 |
| ID 2 06-415 | Norma Green v. Merck & Co., Inc. | | 06-10610 |
| ID 2 06-416 | William Glassman v. Merck & Co., Inc. | | 06-10611 |
| ID 2 06-419 | George Herman v. Merck & Co., Inc. | | 06-10612 |
| ID 2 06-426 | Alice M. Rankin, et al. v. Merck & Co., Inc. | | 06-10613 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ILLINOIS NORTHERN** | | | |
| ILN 1 06-5453 | Robert Buck, et al. v. Merck & Co., Inc. | | 06-10614 |
| ILN 1 06-5500 | Randy Powell v. Merck & Co., Inc. | | 06-10615 |
| ILN 1 06-5609 | Denise Townsend, et al. v. Merck & Co., Inc. | | 06-10616 |
| **KANSAS** | | | |
| KS 2 06-2434 | Ruby Shannon v. Merck & Co., Inc. | | 06-10617 |
| KS 2 06-2437 | Wilma J. Harden v. Merck & Co., Inc. | | 06-10618 |
| KS 2 06-2438 | Ronald R. Cain, et al. v. Merck & Co., Inc. | | 06-10619 |
| KS 2 06-2443 | Kathleen Casanova, etc. v. Merck & Co., Inc. | | 06-10620 |
| **KENTUCKY WESTERN** | | | |
| ~~KYW 3 06-521~~ | ~~Cynthia Chesser, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| **MINNESOTA** | | | |
| MN 0 06-4015 | Corinne W. Tomlinson, etc. v. Merck & Co., Inc. | | 06-10621 |
| MN 0 06-4022 | Marsha Anderson, et. al. v. Merck & Co., Inc., et al. | | 06-10622 |
| MN 0 06-4024 | Marjorie E. Burch, et al. v. Merck & Co., Inc., et al. | | 06-10623 |
| MN 0 06-4025 | Willilam Cross, et al. v. Merck & Co., Inc., et al. | | 06-10624 |
| MN 0 06-4118 | Elaine Masiuk, et al. v. Merck & Co., Inc., et al. | | 06-10625 |
| MN 0 06-4121 | Edward L. Paduano, et al. v. Merck & Co., Inc., et al. | | 06-10626 |
| MN 0 06-4136 | Daniel L. Gebel v. Merck & Co., Inc. | | 06-10627 |
| MN 0 06-4137 | Donna Lochthowwe, et al. v. Merck & Co., Inc. | | 06-10628 |
| MN 0 06-4162 | Donald J. Ando, et al. v. Merck & Co., Inc., et al. | | 06-10629 |
| MN 0 06-4168 | Marlene Alcobendas, et al. v. Merck & Co., Inc. | | 06-10630 |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS 3 06-590 | Elvis P. Anderson v. Merck & Co., Inc. | | 06-10631 |
| **NEBRASKA** | | | |
| NE 8 06-653 | Randal Reese v. Merck & Co., Inc. | | 06-10632 |
| **NEVADA** | | | |
| ~~NV 2 06-1313~~ | ~~Albertine Avant, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~NV 2 06-1317~~ | ~~Buddy Batiz, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~NV 2 06-1318~~ | ~~Richard Booth, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~NV 2 06-1319~~ | ~~Don Chapman, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~NV 2 06-1320~~ | ~~Norma Coon, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~NV 2 06-1323~~ | ~~Ralph Cox, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| **NEW YORK EASTERN** | | | |
| NYE 1 06-5390 | Ruth Kelly v. Merck & Co., Inc. | | 06-10633 |
| **NEW YORK NORTHERN** | | | |
| NYN 3 06-1200 | Melvin Ackerman, et al. v. Merck & Co., Inc. | | 06-10634 |
| NYN 3 06-1201 | Larue E. Brower, et al. v. Merck & Co., Inc. | | 06-10635 |
| NYN 3 06-1202 | Janet G. Butts, et al. v. Merck & Co., Inc. | | 06-10636 |
| NYN 3 06-1205 | Patricia S. Curtis, et al. v. Merck & Co., Inc. | | 06-10637 |
| NYN 3 06-1207 | Lula Davis, et al. v. Merck & Co., Inc. | | 06-10638 |
| NYN 3 06-1210 | David Dunagan, et al. v. Merck & Co., Inc. | | 06-10639 |
| NYN 3 06-1211 | Frederick D. Emhof, et al. v. Merck & Co., Inc. | | 06-10640 |
| NYN 3 06-1216 | Bonnie J. Galloway v. Merck & Co., Inc. | | 06-10641 |
| NYN 3 06-1220 | Joseph Mazzoni v. Merck & Co., Inc. | | 06-10642 |
| NYN 3 06-1221 | Mary E. Myers v. Merck & Co., Inc. | | 06-10643 |
| NYN 3 06-1222 | Charles S. Pulaski, et al. v. Merck & Co., Inc. | | 06-10644 |
| NYN 3 06-1225 | Edna M. Strobeck v. Merck & Co., Inc. | | 06-10645 |
| NYN 5 06-1204 | Marguerite Cesarini v. Merck & Co., Inc. | | 06-10646 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)                              Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| NYN 5 06-1214 | James E. Ferris, Jr. v. Merck & Co., Inc. | 06-10647 |
| NYN 5 06-1215 | Paul C. Fleming v. Merck & Co., Inc. | 06-10648 |
| NYN 5 06-1217 | Nora O. James, et al. v. Merck & Co., Inc. | 06-10649 |
| NYN 6 06-1198 | Carmela E. Abbott, et al. v. Merck & Co., Inc. | 06-10650 |
| NYN 6 06-1203 | Warren A. Canary v. Merck & Co., Inc. | 06-10651 |
| NYN 6 06-1209 | Gouri Dey, et al. v. Merck & Co., Inc. | 06-10652 |
| NYN 6 06-1212 | Fred L. Farewege v. Merck & Co., Inc. | 06-10653 |
| NYN 6 06-1218 | John R. Lappin, et al. v. Merck & Co., Inc. | 06-10654 |
| NYN 6 06-1219 | Patricia B. Mahanna v. Merck & Co., Inc. | 06-10655 |
| NYN 6 06-1223 | Douglas A. Snyder, etc. v. Merck & Co., Inc. | 06-10656 |
| NYN 6 06-1224 | Richard J. Stedman v. Merck & Co., Inc. | 06-10657 |
| NYN 6 06-1228 | Steven M. True v. Merck & Co., Inc. | 06-10658 |
| NYN 6 06-1229 | Carla T. Wiater, et al. v. Merck & Co., Inc. | 06-10659 |

**OHIO NORTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| OHN 1 06-2512 | Fred Nagle v. Merck & Co., Inc. | 06-10660 |
| OHN 1 06-2513 | Marion M. Lockett, etc. v. Merck & Co., Inc. | 06-10661 |
| OHN 1 06-2514 | Velma Latevoli-Cogburn v. Merck & Co., Inc. | 06-10662 |
| OHN 1 06-2515 | Helen Elizabeth Gerber v. Merck & Co., Inc. | 06-10663 |
| OHN 1 06-2516 | George Hill, et al. v. Merck & Co., Inc. | 06-10664 |

**OHIO SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| OHS 2 06-851 | Renya Lutz, et al. v. Merck & Co., Inc., et al. | 06-10665 |
| OHS 2 06-877 | Donald Gooch, et al. v. Merck & Co., Inc., et al. | 06-10666 |

**OKLAHOMA EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| OKE 6 06-435 | Elbert Williams v. Merck & Co., Inc. | 06-10667 |
| OKE 6 06-439 | Judy C. Kelly v. Merck & Co., Inc. | 06-10668 |
| OKE 6 06-440 | Audrey Leding v. Merck & Co., Inc. | 06-10669 |

**OKLAHOMA NORTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| OKN 4 06-559 | Allen Williams v. Merck & Co., Inc. | | 06-10670 |
| OKN 4 06-560 | Bob Likam v. Merck & Co., Inc. | | 06-10671 |
| ~~OKN 4 06-561~~ | ~~Wanda Ferrell, etc. v. Merck & Co., Inc., et al.~~ | Opposed 11/20/06 | |

**OKLAHOMA WESTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| OKW 5 06-1101 | Delbert B. Luginbill v. Merck & Co., Inc. | 06-10672 |
| OKW 5 06-1106 | Yolanda M. Carter v. Merck & Co., Inc. | 06-10673 |
| OKW 5 06-1118 | Kenneth Hartin v. Merck & Co., Inc. | 06-10674 |
| OKW 5 06-1155 | Julia L. Stokes v. Merck & Co., Inc. | 06-10675 |
| OKW 5 06-1159 | Cecil Pirrong v. Merck & Co., Inc. | 06-10676 |

**PENNSYLVANIA EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| PAE 2 06-4500 | Gloria Pierose v. Merck & Co., Inc., et al. | 06-10677 |
| PAE 2 06-4520 | Ersell Mangum v. Merck & Co., Inc. | 06-10678 |
| PAE 2 06-4521 | Sidney Snipes v. Merck & Co., Inc. | 06-10679 |

**PENNSYLVANIA WESTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| PAW 2 06-1371 | Angela Jean Conti v. Merck & Co., Inc. | 06-10680 |

**TENNESSEE EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TNE 1 06-212 | Lee Riddle, et al. v. Merck & Co., Inc. | 06-10681 |

**TEXAS NORTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TXN 3 06-1844 | Roberta Hoag, et al. v. Richardson Hospital Authority, et al. | 06-10682 |
| TXN 3 06-1870 | Nancy C. Moltenbrey v. Merck & Co., Inc. | 06-10683 |

SCHEDULE CTO-72 - TAG-ALONG ACTIONS (MDL-1657)                                         Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| TEXAS SOUTHERN | | | |
| ~~TXS 1 06-165~~ | ~~Blanca D. Jimenez v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 1 06-171~~ | ~~Veronica Zamora v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| TXS 1 06-173 | Mildred Elizabeth Dodd, et al. v. Merck & Co., Inc. | | 06-10684 |
| ~~TXS 1 06-174~~ | ~~Ben Longoria v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 1 06-175~~ | ~~Celia M. Sanchez v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 4 06-3191~~ | ~~Alison Nettles, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/22/06 | |
| ~~TXS 5 06-147~~ | ~~Edward M. Steele v. Merck & Co., Inc., et al.~~ | Opposed 11/20/06 | |
| ~~TXS 7 06-288~~ | ~~Petra Ybarra v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-289~~ | ~~Luis Cantu v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-295~~ | ~~Emma Cuellar v. Memrck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-296~~ | ~~Maria C. Cardenas v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-297~~ | ~~Gloria Mascorro v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-308~~ | ~~Maria Gloria Ybarra v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-311~~ | ~~Aida Vasquez v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-312~~ | ~~Irma Solis v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-315~~ | ~~Francisca Villarreal v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-316~~ | ~~Elma Martinez v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXS 7 06-317~~ | ~~Elvira Serna v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| TEXAS WESTERN | | | |
| ~~TXW 1 06-804~~ | ~~Ina M. Teller v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| ~~TXW 1 06-849~~ | ~~James Townsley v. Merck & Co., Inc., et al.~~ | Opposed 11/17/06 | |
| VIRGINIA EASTERN | | | |
| VAE 3 06-645 | Sue K. Moorefield, et al. v. Merck & Co., Inc. | | 06-10685 |
| WEST VIRGINIA NORTHERN | | | |
| WVN 5 06-127 | Kirk Scott v. Merck & Co., Inc. | | 06-10686 |
| WVN 5 06-129 | Patricia R. Farrall v. Merck & Co., Inc. | | 06-10687 |
| WEST VIRGINIA SOUTHERN | | | |
| WVS 1 06-891 | Loretta Semenske v. Merck & Co., Inc. | | 06-10688 |